IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HECTOR CIRINO ,

    Petitioner,

v.

MATTHEW MARSKE,

    Respondent.

ORDER

Case No. 20-cv-939-jdp

Petitioner Hector Cirino seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than October 30, 2020. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately April 9, 2020 through the date of the petition, October 9, 2020.

ORDER

IT IS ORDERED that:

    1.    Petitioner Hector Cirino may have until October 30, 2020, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before October 30, 2020, I will assume that petitioner wishes to withdraw this petition.

Entered this 9th day of October, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge