IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HECTOR CIRINO,

    Petitioner,

v.

                                    Case No. 20-cv-939-jdp

MATTHEW MARSKE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Hector Cirino's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

| /s/ | 6/30/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |